IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


PORTLAND COMMUNITY COLLEGE,　　　　　　No. 3:21-cv-01658-AR

　　　　Plaintiff,　　　　　　　　　　　　　　　ORDER

　v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS and DENIS
MCDONOUGH, in his capacity as Secretary
of the U.S. Department of Veterans Affairs,

　　　　Defendants.


HERNÁNDEZ, District Judge:

　　　　Magistrate Judge Jeffrey Armistead issued a Findings and Recommendation on January 24, 2023, in which he recommends that the Court deny Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim. F&R, ECF 38. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988)(*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendation, ECF 38. Accordingly, Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim is DENIED.

IT IS SO ORDERED.

DATED:    February 24, 2023

                                                      MARCO A. HERNÁNDEZ
                                                      United States District Judge