**NATALIE K. WIGHT, OSB #035576**
United States Attorney
District of Oregon
**PATRICK J. CONTI, OSB #141308**
Assistant United States Attorney
Patrick.Conti@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
    Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **PORTLAND COMMUNITY COLLEGE,** | Case No.: 3:21-cv-01658-AR |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF AGENCY DECISIONS** |
| v. | |
| **UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al.,** | |
| Defendants. | |

Defendant United States Department of Veterans Affairs hereby provides notice of its withdrawal of the decisions at issue in this litigation. *See* attached May 3, 2023 letter to PCC re: Withdrawal of Decisions on Flight School Tuition Payments.

///

///

///

Page 1    Notice of Withdrawal of Agency Decisions

Dated this 8th day of May, 2023.

                                        NATALIE K. WIGHT
                                        United States Attorney
                                        District of Oregon

                                        /s/ *Patrick J. Conti*
                                        PATRICK J. CONTI
                                        Assistant U.S. Attorney
                                        Attorneys for Defendants