

**DEPARTMENT OF VETERANS AFFAIRS**
**Veterans Benefits Administration**
**Education Service**
**Washington, D.C.  20420**

May 3, 2023

Stacey A. Martinson, P.C.
Miller Nash LLP
111 SW Fifth Ave., Ste 3400
Portland, OR 97204

Re:   Withdrawal of Decisions on Flight School Tuition Payments

Ms. Martinson,

　　The Department of Veterans Affairs (VA) hereby notifies Portland Community College (PCC) that the decisions in the attached list of letters (the "Letters") finding PCC owes VA approximately $6 million for overpayments of Post 9/11 GI Bill benefits have been withdrawn.

　　VA withdraws these decisions pursuant to a policy change on when the School Liability Process, provided for at 38 C.F.R. § 21.9695 and set out at 38 C.F.R. § 21.4009, applies.  Under VA's new policy, PCC can only be liable for the tuition overpayments upon a finding of liability via the School Liability Process.  Because PCC did not receive the requisite process, the Letters are withdrawn, and VA likewise withdraws all subsequent letters notifying PCC that it is liable for the amounts identified in the Letters.  This withdrawal is not meant to preclude VA's ability and discretion to make a liability finding if and when the School Liability Process is undertaken with regard to the approximately $6 million in tuition and fee overpayments under the Post 9/11 GI Bill.

　　If you have any questions about VA's withdrawal of the Letters or change in policy on when the School Liability Process applies, please contact Michelle Bernstein at (202) 461 4940.

Sincerely,

*James Ruhlman*

James Ruhlman
Deputy Director, Program Management
Education Service

Attachment

| STUDENT NAME (ABBR) | T&F DEBT | DATE OF DEBT LETTER |
|---|---|---|
| RAGO | $39,607.40 | 5/22/2018 |
| LAND | $37,915.60 | 5/22/2018 |
| JAPP | $10,030.10 | 5/22/2018 |
| RARN | $16,447.10 | 5/22/2018 |
| KASH | $114,924.18 | 5/23/2018 |
| LAYE | $58,630.60 | 5/23/2018 |
| TBAR | $32,260.00 | 05/23/2018 & 08/07/2018 |
| ABAR | $14,859.40 | 5/23/2018 |
| SBIN | $589.40 | 5/23/2018 |
| MBRE | $79,795.34 | 5/24/2018 |
| LBROD | $27,713.95 | 5/29/2018 |
| EBRO | $35,593.20 | 5/29/2018 |
| BBUL | $91,908.86 | 5/29/2018 |
| BBUR | $4,007.40 | 5/29/2018 |
| JCAM | $28,041.50 | 5/29/2018 |
| MCAS | $16,861.30 | 6/1/2018 |
| JCHA | $59,756.28 | 6/1/2018 |
| MCHE | $14,207.50 | 6/21/2018 |
| GCHR | $33,357.39 | 6/1/2018 |
| CCLE | $34,046.20 | 6/1/2018 |
| MCOL | $26,190.73 | 6/1/2018 |
| CCON | $14,058.78 | 6/1/2018 |
| ACOO | $22,987.60 | 6/8/2018 |
| JCUS | $5,769.70 | 6/4/2018 |
| RDEA | $255.00 | 6/4/2018 |
| CDEB | $49,838.22 | 6/4/2018 |
| TDEE | $13,769.06 | 6/26/2018 |
| KDER | $22,046.61 | 6/5/2018 |
| ADIX | $664.20 | 6/27/2018 |
| QDOA | $15,839.47 | 6/5/2018 |
| ADOA | $16,226.49 | 6/27/2018 |
| MDOU | $28,698.10 | 6/5/2018 |
| SFEE | $39,126.64 | 6/5/2018 |
| NFIE | $18,224.30 | 6/6/2018 |
| DFIS | $29,959.44 | 6/6/2018 |
| MFIS | $42,679.13 | 6/6/2018 |
| BFLE | $14,898.50 | 6/6/2018 |
| DFOR | $60,433.08 | 6/6/2018 |
| JFOR | $62,850.66 | 6/26/2018 |
| JFOW | $62,961.05 | 6/8/2018 |
| NGAH | $32,803.00 | 06/08/2018 & 08/07/2018 |
| LGAL | $6,056.04 | 6/8/2018 |
| LGAS | $63,831.16 | 6/8/2018 |
| MGIG | $12,979.60 | 6/8/2018 |
| JGOE | $22,907.32 | 6/8/2018 |

| | | |
|---|---:|---|
| AGON | $27,816.60 | 6/26/2018 |
| MGRA | $18,275.20 | 5/21/2018 |
| JHAA | $14,779.58 | 6/11/2018 |
| CHAL | $2,298.60 | 6/11/2018 |
| JHAR | $15,916.00 | 6/11/2018 |
| WHAY | $12,345.50 | 6/11/2018 |
| RHEN | $35,636.99 | 6/12/2018 |
| CHER | $28,694.50 | 6/12/2018 |
| CHLE | $92,000.36 | 6/13/2018 |
| CHOL | $114.70 | 6/13/2018 |
| MHOP | $14,376.00 | 6/14/2018 |
| AHOP | $34,342.83 | 6/14/2018 |
| AHOU | $26,336.22 | 6/27/2018 |
| JHUA | $81,327.40 | 6/14/2018 |
| RHUS | $16,694.75 | 6/28/2018 |
| NHUS | $14,727.40 | 6/15/2018 |
| MHUS | $536.50 | 6/27/2018 |
| EIRO | $18,464.50 | 6/15/2018 |
| DJAC | $25,184.18 | 6/27/2018 |
| RJAM | $15,826.90 | 6/15/2018 |
| WJAM | $53,194.70 | 6/18/2018 |
| DJAZ | $26,003.95 | 6/18/2018 |
| BJEF | $16,585.20 | 6/19/2018 |
| AJOH | $50,453.36 | 6/19/2018 |
| RJOH | $109,939.99 | 6/19/2018 |
| JJOR | $28,239.80 | 6/20/2018 |
| CKAR | $33,318.11 | 6/20/2018 |
| JKEN | $79,954.21 | 6/20/2018 |
| TKEN | $42,935.16 | 6/20/2018 |
| AKER | $63,224.31 | 6/20/2018 |
| CKER | $30,560.61 | 6/20/2018 |
| JKNO | $63,587.10 | 6/20/2018 |
| MKRU | $17,877.99 | 6/21/2018 |
| DLEF | $16,456.80 | 6/27/2018 |
| RLIN | $49,485.61 | 6/25/2018 |
| RLIP | $4,259.20 | 6/28/2018 |
| ALOE | $11,004.10 | 6/25/2018 |
| IMAC | $50,401.90 | 6/25/2018 |
| JMAC | $36,652.60 | 6/28/2018 |
| EMAN | $17,546.38 | 6/25/2018 |
| WMAR | $26,291.63 | No RPO Letter Found |
| MMAR | $37,616.16 | 6/27/2018 |
| PMAS | $34,428.20 | 6/25/2018 |
| DMAT | $36,855.30 | 6/27/2018 |
| LMAY | $16,446.50 | 6/27/2018 |
| KMCF | $36,464.50 | 6/26/2018 |
| SMCG | $35,394.21 | 6/26/2018 |

| | | |
|---|---:|---|
| SMCL | $21,148.46 | 6/25/2018 |
| KMEY | $4,881.90 | 6/25/2018 |
| MMIC | $929.80 | 6/25/2018 |
| MMIK | $68,813.49 | 6/25/2018 |
| KMIL | $100,803.90 | 6/26/2018 |
| RMOO | $15,479.18 | 6/26/2018 |
| JMOR | $14,868.25 | 6/28/2018 |
| CMORE | $61,768.80 | 6/26/2018 |
| CMORN | $16,446.50 | 6/25/2018 |
| NNEW | $16,446.50 | 6/25/2018 |
| JNIC | $107,863.86 | 6/25/2018 |
| JOCH | $6,077.23 | 6/25/2018 |
| AOKA | $21,476.89 | 6/22/2018 |
| GOLS | $28,724.50 | 6/22/2018 |
| MPAN | $22,825.30 | 6/20/2018 |
| MPAS | $21,291.10 | 6/20/2018 |
| SPAT | $45,687.30 | 6/20/2018 |
| DPFI | $16,446.50 | 6/20/2018 |
| TPIL | $11,127.10 | 6/20/2018 |
| GPOZ | $61,878.31 | 6/20/2018 |
| YPRI | $42,186.99 | 6/20/2018 |
| JQUI | $11,859.45 | 6/14/2018 |
| BRAN | $43,148.00 | 6/14/2018 |
| KREI | $18,452.50 | 6/14/2018 |
| JRIC | $19,638.50 | 6/15/2018 |
| ERIG | $14,929.90 | 6/15/2018 |
| DRIL | $26,811.18 | 6/15/2018 |
| SROB | $44,345.60 | 6/18/2018 |
| WROB | $18,308.84 | 6/19/2018 |
| MROC | $83,347.44 | 6/19/2018 |
| DSAN | $4,487.60 | 6/28/2018 |
| ASAP | $28,109.00 | 6/19/2018 |
| TSAV | $89,952.30 | 6/19/2018 |
| BSCH | $106,029.06 | 6/19/2018 |
| BSCH | $42,870.26 | 6/20/2018 |
| SSEN | $18,290.60 | 6/20/2018 |
| GSHE | $97,409.02 | 6/8/2018 |
| MSHO | $14,505.53 | 6/8/2018 |
| TSIB | $20,671.80 | 6/8/2018 |
| JSIM | $1,636.40 | 6/8/2018 |
| SSLI | $18,452.50 | 6/8/2018 |
| ASNE | $58,948.84 | 6/8/2018 |
| GSNY | $46,556.38 | 6/11/2018 |
| JSPR | $44,064.54 | 6/11/2018 |
| DSTA | $18,831.75 | 6/11/2018 |
| CSTE | $52,972.14 | 6/12/2018 |
| JSTJ | $11,448.90 | 6/12/2018 |

| | | |
|---|---:|---|
| MSTO | $27,856.92 | 6/12/2018 |
| MSUE | $103,833.63 | 6/12/2018 |
| JSUT | $27,563.46 | 6/12/2018 |
| NTEE | $7,941.49 | 6/13/2018 |
| JTEH | $28,254.92 | 6/13/2018 |
| ETER | $28,724.50 | 6/6/2018 |
| VTHO | $26,768.60 | 6/6/2018 |
| MTHO | $1,470.20 | 6/13/2018 |
| WTRO | $15,652.80 | 6/6/2018 |
| ITUB | $92,606.23 | 6/5/2018 |
| RUDI | $16,539.17 | 6/5/2018 |
| AUHR | $24,333.05 | 6/5/2018 |
| KVAN | $16,446.50 | 6/5/2018 |
| EVIN | $108,070.77 | 6/5/2018 |
| LWEE | $16,686.10 | 6/4/2018 |
| DWEE | $11,912.70 | 6/6/2018 |
| BWHI | $114.70 | 6/4/2018 |
| AWHI | $91,842.76 | 6/1/2018 |
| DWIL | $37,762.20 | 5/25/2018 |
| JWIL | $48,475.17 | 5/30/2018 |
| NWIS | $23,960.76 | 5/24/2018 |
| PYAN | $91,765.53 | 5/24/2018 |
| GYOR | $45,452.15 | 5/24/2018 |
| AYOU | $17,384.30 | 5/24/2018 |
| AYUR | $40,404.19 | 5/23/2018 |
| | $5,572,551.56 | |