1  **Stacey A. Martinson, P.C.**, OSB No. 074708
   stacey.martinson@millernash.com
2  **Vanessa T. Kuchulis**, OSB No. 154387
   vanessa.kuchulis@millernash.com
3  MILLER NASH LLP
   111 SW Fifth Ave, Ste 3400
4  Portland, OR 97204
   Telephone: 503.224.5858
5  Facsimile: 503.224.0155

6  *Attorneys for Plaintiff Portland Community College*

7

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13                        DISTRICT OF OREGON

14                        PORTLAND DIVISION

15

16  PORTLAND COMMUNITY COLLEGE,      Case No. 3:21-cv-01658-AC

17          Plaintiff,               [PROPOSED] ORDER ON JOINT STATUS
                                     REPORT
18      v.

19  UNITED STATES DEPARTMENT OF
    VETERANS AFFAIRS; and DENIS
20  MCDONOUGH, in his official capacity as
    Secretary of the United States Department
21  of Veterans Affairs,

22          Defendants.

23

24          Plaintiff Portland Community College ("PCC") and defendants the United States

25  Department of Veterans Affairs and Denis McDonough's ("VA"), (together, the "Parties") joint

26

Page 1 -  Order on Joint Status Report

1    status report (ECF 49) came before the Court for hearing before Magistrate Judge Jeff Armistead

2    on May 24, 2023.

3              PCC was represented by its counsel, Stacey A. Martinson of Miller Nash LLP.

4    The VA was represented by its counsel, Patrick J. Conti of the U.S. District Attorney's Office.

5    The Court has considered the records, pleadings, and files of this case, and oral arguments from

6    the parties. Based on the records and files herein, and the oral argument of the parties, the Court,

7    being fully advised, hereby **ORDERS**:

8              A.        By **August 24, 2023**, the VA will certify and lodge the Administrative Record

9    with the Court and serve the Administrative Record on PCC. The VA will file the Administrative

10   Record with the Court through a method compliant with LR 5-2(f) and provide PCC with an

11   unredacted copy of the Administrative Record, subject to entry of a protective order. The Parties

12   anticipate that stipulation to the authenticity and foundation of the documents produced in the

13   Administrative Record for this case will not be necessary.

14             B.        The scope of the Administrative Record referenced above shall consist of all

15   documents and material directly or indirectly considered by VA's decision-makers for the

16   following alleged final agency actions: (1) the findings in the VA's March 2018 Report as

17   defined in the Third Claim for Relief of PCC's Second Amended Complaint ("SAC"); and (2)

18   the retroactive revocation or disapproval of PCC's flight programs as defined in the Fourth

19   Claim for Relief of PCC's SAC.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

Page 2 -   Order on Joint Status Report

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: 503-224-5858
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204

1        C.        By **October 24, 2023**, PCC will notify VA of any objections to the

2  Administrative Record. The Parties will meet and confer in good faith to try to resolve any

3  disputes regarding the Administrative Record before seeking judicial intervention.

4

5

6

7

8

9                                                    _____

10

11

12

13  SUBMITTED BY:
Vanessa T. Kuchulis, OSB No. 154387
Miller Nash LLP

14  Phone: 503.205.2328

15  Email: vanessa.kuchulis@millernash.com
Of Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

Page 3 -   Order on Joint Status Report

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: 503-224-5858
111 SW FIFTH AVE, STE 3400
PORTLAND, OR 97204