**Stacey A. Martinson, P.C.**, OSB No. 074708
stacey.martinson@millernash.com
**Vanessa T. Kuchulis**, OSB No. 154387
vanessa.kuchulis@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Telephone: 503.224.5858
Facsimile: 503.224.0155

*Attorneys for Plaintiff Portland Community College*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| PORTLAND COMMUNITY COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS., et. al.,<br><br>Defendants. | Case No. 3:21-cv-01658-AR<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order entered on November 18, 2024 (ECF 84), counsel for plaintiff Portland Community College ("PCC") and for defendants United States Department of Veterans Affairs and Denis McDonough (collectively, the "VA") (together, the "Parties") have conferred and submit the following joint status report.

Since the Parties' last Joint Status Report (ECF 83), throughout December 2024 and January 2025, the Parties' counsel continued to meet and confer to discuss the basis and

calculation for the allocation of the alleged debts at issue in this proceeding. These conferrals were prolonged due to the Parties' representatives' scheduling conflicts and holiday absences. As a result, the Parties seek additional time to continue settlement efforts.

Accordingly, to conserve judicial resources and allow the Parties time to continue settlement discussions without spending time and resources litigating this case further, the Parties ask the Court to hold PCC's Motion to Compel Supplemental Production of the VA's Administrative Record (ECF 72) and the VA's Motion for Judgment on the Pleadings (ECF 58) in abeyance for 45 days, and order the Parties to submit another Joint Status Report on or before March 3, 2025.

Respectfully submitted this 17th day of January 2025.

| MILLER NASH LLP | NATALIE K. WIGHT<br>United States Attorney<br>District of Oregon |
|---|---|
| */s/ Stacey A. Martinson*<br>STACEY A. MARTINSON<br>Of Attorneys for Plaintiff | */s/ Patrick J. Conti*<br>PATRICK J. CONTI<br>Assistant U.S. Attorney<br>Attorneys for Defendants |