**WILLIAM M. NARUS, CAB #243633**
Acting United States Attorney
District of Oregon
**PATRICK J. CONTI, CAB #271046**
Assistant United States Attorney
Patrick.Conti@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **PORTLAND COMMUNITY COLLEGE,** | Case No.: 3:21-cv-01658-AR |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| **UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al.,** | |
| Defendants. | |

Pursuant to the Court's Order entered on March 3, 2025 (ECF 88), counsel for plaintiff Portland Community College ("PCC") and for defendants United States Department of Veterans Affairs and Douglas A. Collins (collectively, "VA") (together, the "Parties") have conferred and submit the following Joint Status Report.

Page 1    Joint Status Report

Since the Parties' last Joint Status Report (ECF 87), the Parties' counsel continued to meet and confer regarding settlement throughout March and April 2025. To date, the Parties have exchanged multiple competing settlement offers but need more time to pursue resolution. As a result, the Parties seek additional time to continue settlement efforts.

Accordingly, to conserve judicial resources and allow the Parties time to continue settlement discussions without spending time and resources litigating this case further, the Parties ask the Court to hold PCC's Motion to Compel Supplemental Production of the VA's Administrative Record (ECF 72) and the VA's Motion for Judgment on the Pleadings (ECF 58) in abeyance for 45 days, and order the Parties to submit another Joint Status Report on or before June 2, 2025.

Respectfully submitted this 17th day of April, 2025.

| | |
|---|---|
| MILLER NASH LLP | WILLIAM M. NARUS<br>Acting United States Attorney<br>District of Oregon |
| */s/ Stacey A. Martinson*<br>STACEY A. MARTINSON<br>Of Attorneys for Plaintiff | /s/ *Patrick J. Conti*<br>PATRICK J. CONTI<br>Assistant U.S. Attorney<br>Attorneys for Defendants |